UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUDOLPH BETANCOURT,<br>    Plaintiff,<br>vs.<br><br>PROVIDENT DORAL RESORTS, LLC d/b/a<br>PROVIDENT AT THE BLUE DORAL - MIAMI,<br>    Defendant. | Case No. 24-cv-21352-KMW |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendant, PROVIDENT DORAL RESORTS, LLC d/b/a PROVIDENT AT THE BLUE DORAL - MIAMI, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

    Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein<br>Glenn R. Goldstein (FBN: 55873)<br>   *Attorney for Plaintiff*<br>Glenn R. Goldstein & Assoc., PLLC<br>8101 Biscayne Blvd., Ste. 504<br>Miami, Florida 33138<br>561.573.2106<br>GGoldstein@G2Legal.net<br><br>s/ Lauren N. Wassenberg<br>Lauren N. Wassenberg (FBN: 34083)<br>   *Attorney for Plaintiff*<br>Lauren N. Wassenberg & Assoc., P.A.<br>33 SE 4th St., Ste. 100<br>Boca Raton, FL 33432<br>305-804-5435<br>WassenbergL@gmail.com | s/ Dax Dietiker<br>Dax Dietiker, Esq. (FBN: 118167)<br>MCGUINNESS & CICERO<br>1000 Sawgrass Corporate Parkway, Suite 590<br>Sunrise, Florida 33323<br>Main: (954) 838-8832 / Fax: (954) 838-8842<br>Email: dax.dietiker@mc-atty.com<br>Email: eservice@dmc-atty.com<br>laureengerard@mc-atty.com<br>   *Attorney for Defendant, Provident Doral Resorts, LLC* |