UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,
vs.

PROVIDENT DORAL RESORTS, LLC d/b/a
PROVIDENT AT THE BLUE DORAL - MIAMI,
    Defendant.

Case No. 24-cv-21352-KMW

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, RUDOLPH BETANCOURT, and Defendant, PROVIDENT DORAL RESORTS, LLC d/b/a PROVIDENT AT THE BLUE DORAL - MIAMI, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

s/ Dax Dietiker
Dax Dietiker, Esq.
Florida Bar No. 118167
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832 / Fax: (954) 838-8842
Email: dax.dietiker@mc-atty.com
Email: eservice@dmc-atty.com
laureengerard@mc-atty.com
    *Attorney for Defendant, Provident Doral Resorts, LLC*